453 A.2d 1060

Commonwealth v. Sapp, Appellant.
Reconsideration Denied Jan. 3, 1983.

Argued May 10, 1982. Eric S. Coates, for appellant; Thom-

as G. Gavin, submitted a brief on behalf of participating party.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Order affirmed.